# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

131644

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JOHN EDWIN LINDAHL, III,
        Plaintiff-Appellant,

v

CHRISTINA EILEEN RUBRIGHT,
        Defendant-Appellee,

and

DARCY RYLAND,
        Defendant.

_____/

SC: 131644
COA: 265931
Kalamazoo CC: 01-000289-NI

      On order of the Court, the application for leave to appeal the June 6, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

_____
Clerk

p1120